No. 1149, Misc. JAKUBIAK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1211, Misc. CASTILLO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1215, Misc. TALLEY ET AL. *v.* A & M CONSTRUCTION Co., INC. Sup. Ct. Ala. Certiorari denied. *Charles Morgan, Jr., Reber F. Boult, Jr., Melvin L. Wulf, Eleanor Holmes Norton,* and *George C. Longshore* for petitioners. *Joseph S. Mead* for respondent.

No. 1246, Misc. YORK *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1250, Misc. FREEMAN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Melvin G. Rueger* and *Leonard Kirschner* for respondent.

No. 1256, Misc. MERLE *v.* NORTH CAROLINA MUTUAL LIFE INSURANCE Co. C. A. 4th Cir. Certiorari denied.

No. 1259, Misc. WILLIAMS *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 1265, Misc. MALO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1298, Misc. MUNDY *v.* HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied. *David M. Pack,* Attorney General of Tennessee, for respondent.